FORM van−odc

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:10−bk−10828−CGC

LUIS R GARCIA  Chapter: 7
37 SOUTH 167TH LANE
GOODYEAR, AZ 85338
**SSAN:** xxx−xx−4875
**EIN:**

CAROL GARCIA
37 SOUTH 167TH LANE
GOODYEAR, AZ 85338
**SSAN:** xxx−xx−5984
**EIN:**

Debtor(s)

**ORDER DISMISSING CASE**

- ☐ The debtor(s) having failed to file a list of creditors in the proper format as required by Local Bankruptcy Rule 1007−1.
- ☐ The individual debtors having failed to file a Credit Counseling Certificate as required by Interim Rule 1007.
- ☐ The debtor(s) having failed to pay the filing fee as ordered by the court.
- ☐ The debtor(s) having failed to timely file the schedules and statements required by Fed. R. Bankr. P. 1007.
- ☐ The debtor(s) having failed to timely file a Chapter 13 plan as required by Fed. R. Bankr. P. 3015.
- ☐ The debtor(s) having failed to timely submit the Statement of Social Security Number as required by Fed. R. Bankr. P. 1007(f).
- ☐ The individual debtors having failed to file a Statement of Current Monthly Income as required by Interim Rule 1007.
- ☑ The debtor(s) having failed to file a declaration regarding payment advices as required by Local Bankruptcy Rule 1007−1.
- ☐ The debtor(s) having failed to appear and be examined at the meeting of creditors as required by 11 U.S.C. Section 343.
- ☐ An Order to Show Cause why this case should not be dismissed having been issued.
- ☐ The trustee having moved to dismiss this case.
- ☐ The debtor(s) having moved to dismiss this case.

−− Order continued on 2nd page −−

IT IS ORDERED that the above−captioned case be dismissed. Jurisdiction is retained over any matters arising under Section110.

   IT IS FURTHER ORDERED that any pending hearings, including any final hearing set on a motion for relief from the automatic stay are vacated.

   IT IS FURTHER ORDERED that the Court shall not consider a motion for reinstatement of the case unless all fees are paid in full or all required documents are filed. To have the case reinstated in an individual debtor chapter 7 or 13 case, all documents required by 11 USC Section 521(a)(1) must be filed no later than 45 days from the date the bankruptcy was filed.

   NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** May 11, 2010                                             BY THE COURT

**Address of the Bankruptcy Clerk's Office:**                     HONORABLE Charles G. Case II
U.S. Bankruptcy Court, Arizona                                    United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: zachresb          Page 1 of 1                  Date Rcvd: May 11, 2010
Case: 10-10828                Form ID: vanodc         Total Noticed: 25
```

The following entities were noticed by first class mail on May 13, 2010.
```
db/jdb     +LUIS R GARCIA,   CAROL GARCIA,   37 SOUTH 167TH LANE,    GOODYEAR, AZ 85338-6016
9111166    +AMERICAN EXPRESS CENTURION BANK,   7900 Highway 7 #100,   Minneapolis MN 55426-4045
9111168     AT&T UNIVERSAL CARD/CTIBANK,   P. O. Box 6418,   The Lakes NV 88901-6418
9111171     BANK OF AMERICA,   P. O. Box 7216,   Philadelphia PA 19101
9111173     EMC MORTGAGE CORP.,   800 State Highway, 121 BYP,   Lewisville TX 75067-4180
9203637    +EMC Mortgage Corporation,   c/o Pite Duncan, LLP,   4375 Jutland Drive, Suite 200,   PO Box 17933,
             San Diego, CA 92177-7921
9111174    +HAMMERMAN & HULTGREN,    3101 N CENTRAL AVE STE 500,   PHOENIX AZ 85012-2639
9111176    +NCO FINANCIAL SYSTEMS INC.,   507 Prudential Road,   Horsham PA 19044-2368
9111178    +SECURITY CREDIT SERVIES, LLC,   2623 West Oxford Loop,   Oxford MS 38655-5442
9111179     STEPHENS AND MICHAELS ASSOCIATES, INC.,   P. O. Box 109,   Salem NH 03079-0109
9111180    +UNIVERSAL CARD/CITIBANK,   P. O. Box 2036,   Warren MI 48090-2036
9111182    +US BANK,   5 Revera Drive,   Northbrook IL 60062-1566
9111183   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court: US BANK,   P. O. Box 108,   Saint Louis MO 63166)
9111181   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court: US BANK,   P. O. Box 5830 PD-OR-CIPC,   Portland OR 97228-5830)
9111185    +WELTMAN, WEINBERG & REIS CO LPA,   175 South 3rd Street,   Suite 900,   Columbus OH 43215-5177
9111186    +WFFNB/MARQIS MASTERCARD,   P. O. Box 94498,   Las Vegas NV 89193-4498
```

The following entities were noticed by electronic transmission on May 11, 2010.
```
tr          EDI: QMGAUGHAN.COM May 11 2010 18:53:00     MAUREEN GAUGHAN,   PO BOX 6729,
             CHANDLER, AZ  85246-6729
smg         EDI: AZDEPREV.COM May 11 2010 18:53:00     AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
9111167     EDI: ACCE.COM May 11 2010 18:53:00      ASSET ACCEPTANCE, LLC,   P. O. Box 2036,
             Warren MI 48090-2036
9111169    +E-mail/Text: ACF-EBN@acf-inc.com                            ATLANTIC CREDIT & FINANCE INC,
             PO BOX 12966,   ROANOKE VA 24030-2966
9111170    +EDI: BANKAMER.COM May 11 2010 18:53:00     BANK OF AMERICA,   P. O. Box 15026,
             Wilmington DE 19850-5026
9111172     EDI: DISCOVER.COM May 11 2010 18:53:00     DISCOVER FINANCIAL SERVICES,   P. O. Box 15316,
             Wilmington DE 19850
9111175    +EDI: HFC.COM May 11 2010 18:53:00      HSBC BANK,   P. O. Box 5253,   Carol Stream IL 60197-5253
9111177     EDI: PHINPINN.COM May 11 2010 18:53:00     PINNACLE CREDIT SERVICES,   P. O. Box 640,
             Hopkins MN 55343-0640
9111184    +EDI: WFFC.COM May 11 2010 18:53:00     WELLS FARGO FINANCIAL CARDS,   3201 North 4th Avenue,
             Sioux Falls SD 57104-0700
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          EMC Mortgage Corporation
                                                                                              TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2010                    Signature:    *Joseph Speetjens* (signature)