**United States Bankruptcy Court**
**District of Arizona**

In re  **LUIS R GARCIA**
**CAROL GARCIA**
                                       Debtor(s)

Case No.  **2:10-bk-10828**
Chapter  **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

☐   Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐   Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐   Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, __**LUIS R GARCIA**__, declares the foregoing to be true and correct under penalty of perjury.

☐   Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐   Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐   Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, __**CAROL GARCIA**__, declares the foregoing to be true and correct under penalty of perjury.

Date **May 18, 2010**          Signature   **/s/ LUIS R GARCIA**
                                            **LUIS R GARCIA**
                                            Debtor

Date **May 18, 2010**          Signature   **/s/ CAROL GARCIA**
                                            **CAROL GARCIA**
                                            Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

**PeopleSoft.**

**View Paycheck**   Print Pay Stub

NOTE: A .pdf image of your pay stub will open in a new window after a few moments

NOTE! ONLY YOU CAN VIEW THIS INFORMATION. BE SURE TO KEEP YOUR PASSWORD CONFIDENTIAL.

Luis Garcia

| | |
|---|---|
| Company: Maricopa County | Net Pay: $1,091.62 |
| Address: 301 W Jefferson St Phoenix, AZ 85003 | Pay Begin Date: 08/24/2009 |
| | Pay End Date: 09/06/2009 |
| | Check Date: 09/11/2009 |

View a Different Payment

### General

| | | | |
|---|---|---|---|
| Name: | Luis R Garcia | Business Unit: | MC001 |
| Employee ID: | 811082465 | Pay Group: | MC NON EXEMPT |
| | | Department: | 5131 - Lower Buckeye Jail |
| Address: | 37 S. 167TH LANE | Location: | Sheriff's Office |
| | GOODYEAR, AZ 85338 | Job Title: | Detention Officer |
| | | Pay Rate: | $18.74 Hourly |

### Tax Data

| | | | | |
|---|---|---|---|---|
| Fed Marital Status: | Married | | AZ Marital Status: | Not applicable |
| Fed Allowances: | 8 | | AZ Allowances: | 0 |
| Fed Addl Percent: | 0.000 | | AZ Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | | AZ Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,503.70 | 1,231.47 | 105.79 | 306.29 | 1,091.62 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| VAC | 51.00 | 18.740000 | 955.74 |
| REG PAY | 19.00 | 18.740000 | 356.06 |
| SICK | 10.00 | 18.740000 | 187.40 |
| SDIF6 $.25 | 16.00 | 0.250000 | 4.00 |
| SDIF7 $.50 | 1.00 | 0.500000 | 0.50 |
| **Total:** | **97.00** | | **1,503.70** |

### Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 20.05 |
| Fed OASDI/EE | 85.74 |
| **Total:** | **105.79** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| OAP HI OPT | 73.87 |
| DELTA DNTL | 26.31 |
| HRA | 5.00 |
| BMS | 5.00 |
| COINS RX | 10.59 |
| DEF COMP | 25.00 |
| CORP | 126.46 |
| **Total:** | **272.23** |

### After Tax Deductions

| Description | Amount |
|---|---|
| SUP LIFE 5 | 8.97 |
| EMP ADD/D | 1.95 |
| SPOUSELIFE | 1.70 |
| SHRTTRM 70 | 21.44 |
| **Total:** | **34.06** |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| OAP HI OPT | 401.33 |
| DELTA DNTL | 21.14 |
| VIS W/MED | 4.93 |
| EAP | 0.60 |
| G/A | 7.37 |
| COINS RX | 69.35 |
| BASIC LF | 2.34 |
| CORP | 130.07 |
| * Taxable | |
| **Total:** | **637.13** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1793826 | Checking | 780936407 | 1,091.62 |

### Leave Balances

| Leave Plan | Beginning Balance | Current Earned | Current Taken | Current Adjusted | Ending Balance |
|---|---|---|---|---|---|
| Sick | 102.63 | 1.85 | 10.00 | | 94.48 |
| Vacation | 79.13 | 5.55 | 51.00 | | 33.68 |

Go To: Employee Home

Payroll and Compensation Home



# PeopleSoft.

Home | Add to Favorites | Sign out

New Window | Help

**View Paycheck**    Print Pay Stub

NOTE: A .pdf image of your pay stub will open in a new window after a few moments

NOTE! ONLY YOU CAN VIEW THIS INFORMATION. BE SURE TO KEEP YOUR PASSWORD CONFIDENTIAL.

Luis Garcia

| | |
|---|---|
| Company: | Net Pay: $1,097.06 |
| Maricopa County | Pay Begin Date: 09/21/2009 |
| Address: | Pay End Date: 10/04/2009 |
| 301 W Jefferson St | Check Date: 10/09/2009 |
| Phoenix, AZ 85003 | |

View a Different Payment

### General

| | | | |
|---|---|---|---|
| Name: | Luis R Garcia | Business Unit: | MC001 |
| Employee ID: | 811082465 | Pay Group: | MC NON EXEMPT |
| | | Department: | 5131 - Lower Buckeye Jail |
| Address: | 37 S. 167TH LANE | Location: | Sheriff's Office |
| | GOODYEAR, AZ 85338 | Job Title: | Detention Officer |
| | | Pay Rate: | $18.74    Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | AZ Marital Status: | Not applicable |
| Fed Allowances: | 8 | AZ Allowances: | 0 |
| Fed Addl Percent: | 0.000 | AZ Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | AZ Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,510.20 | 1,237.42 | 106.30 | 306.84 | 1,097.06 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REG PAY | 80.00 | 18.740000 | 1,499.20 |
| SDIF6 $.25 | 44.00 | 0.250000 | 11.00 |
| Total: | 124.00 | | 1,510.20 |

### Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 20.15 |
| Fed OASDI/EE | 86.15 |
| Total: | 106.30 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| OAP HI OPT | 73.87 |
| DELTA DNTL | 26.31 |
| HRA | 5.00 |
| BMS | 5.00 |
| COINS RX | 10.59 |
| DEF COMP | 25.00 |
| CORP | 127.01 |
| Total: | 272.78 |

### After Tax Deductions

| Description | Amount |
|---|---|
| SUP LIFE 5 | 8.97 |
| EMP AD&D | 1.95 |
| SPOUSELIFE | 1.70 |
| SHRTTRM 70 | 21.44 |
| Total: | 34.06 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| OAP HI OPT | 401.33 |
| DELTA DNTL | 21.14 |
| VIS W/MED | 4.93 |
| EAP | 0.60 |
| G/A | 7.37 |
| COINS RX | 69.35 |
| BASIC LF | 2.34 |
| CORP | 130.63 |
| * Taxable | |
| Total: | 637.69 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1818795 | Checking | 780936407 | 1,097.06 |

### Leave Balances

| Leave Plan | Beginning Balance | Current Earned | Current Taken | Current Adjusted | Ending Balance |
|---|---|---|---|---|---|
| Sick | 96.33 | 1.85 | | | 98.18 |
| Vacation | 39.23 | 5.55 | | | 44.78 |

Go To:  Employee Home
    Payroll and Compensation Home



**PeopleSoft.**

**View Paycheck**      Print Pay Stub

NOTE: A .pdf image of your pay stub will open in a new window after a few moments

**NOTE! ONLY YOU CAN VIEW THIS INFORMATION. BE SURE TO KEEP YOUR PASSWORD CONFIDENTIAL.**

Luis Garcia

| | |
|---|---|
| **Company:** Maricopa County | **Net Pay:** $1,093.62 |
| **Address:** 301 W Jefferson St Phoenix, AZ 85003 | **Pay Begin Date:** 10/19/2009 **Pay End Date:** 11/01/2009 **Check Date:** 11/06/2009 |

View a Different Payment

### General

| | | | |
|---|---|---|---|
| Name: | Luis R Garcia | Business Unit: | MC001 |
| Employee ID: | 811082465 | Pay Group: | MC NON EXEMPT |
| | | Department: | 5131 - Lower Buckeye Jail |
| Address: | 37 S. 167TH LANE GOODYEAR, AZ 85338 | Location: | Sheriff's Office |
| | | Job Title: | Detention Officer |
| | | Pay Rate: | $18.74   Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | AZ Marital Status: | Not applicable |
| Fed Allowances: | 6 | AZ Allowances: | 0 |
| Fed Addl Percent: | 0.000 | AZ Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | AZ Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,506.08 | 1,233.65 | 105.97 | 306.49 | 1,093.62 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REG PAY | 55.00 | 18.740000 | 1,030.70 |
| VAC | 25.00 | 18.740000 | 468.50 |
| SDIF6 $.25 | 27.50 | 0.250000 | 6.88 |
| Total: | 107.50 | | 1,506.08 |

### Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 20.09 |
| Fed OASDI/EE | 85.88 |
| Total: | 105.97 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| OAP HI OPT | 73.87 |
| DELTA DNTL | 26.31 |
| HRA | 5.00 |
| BMS | 5.00 |
| COINS RX | 10.59 |
| DEF COMP | 25.00 |
| CORP | 126.66 |
| Total: | 272.43 |

### After Tax Deductions

| Description | Amount |
|---|---|
| SUP LIFE 5 | 8.97 |
| EMP ADD/D | 1.95 |
| SPOUSELIFE | 1.70 |
| SHRTTRM 70 | 21.44 |
| Total: | 34.06 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| OAP HI OPT | 401.33 |
| DELTA DNTL | 21.14 |
| VIS W/MED | 4.93 |
| EAP | 0.60 |
| G/A | 7.37 |
| COINS RX | 69.35 |
| BASIC LF | 2.34 |
| CORP | 130.28 |
| * Taxable | |
| Total: | 637.34 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1843717 | Checking | 780936407 | 1,093.62 |

### Leave Balances

| Leave Plan | Beginning Balance | Current Earned | Current Taken | Current Adjusted | Ending Balance |
|---|---|---|---|---|---|
| Sick | 100.03 | 1.85 | | | 101.88 |
| Vacation | 50.33 | 5.55 | 25.00 | | 30.88 |

Go To: Employee Home
      Payroll and Compensation Home

# PeopleSoft

## View Paycheck    [Print Pay Stub]

NOTE: A .pdf image of your pay stub will open in a new window after a few moments

**NOTE! ONLY YOU CAN VIEW THIS INFORMATION. BE SURE TO KEEP YOUR PASSWORD CONFIDENTIAL.**

Luis Garcia

| | |
|---|---|
| **Company:** Maricopa County | **Net Pay:** $1,235.52 |
| **Address:** 301 W Jefferson St  Phoenix, AZ 85003 | **Pay Begin Date:** 11/02/2009  **Pay End Date:** 11/15/2009  **Check Date:** 11/20/2009 |

View a Different Payment

### General

| | | | |
|---|---|---|---|
| Name: | Luis R Garcia | Business Unit: | MC001 |
| Employee ID: | 811082465 | Pay Group: | MC NON EXEMPT |
| | | Department: | 5131 - Lower Buckeye Jail |
| Address: | 37 S. 167TH LANE  GOODYEAR, AZ 85338 | Location: | Sheriff's Office |
| | | Job Title: | Detention Officer |
| | | Pay Rate: | $18.74  Hourly |

### Tax Data

| | | | | |
|---|---|---|---|---|
| Fed Marital Status: | Married | | AZ Marital Status: | Not applicable |
| Fed Allowances: | 8 | | AZ Allowances: | 0 |
| Fed Addl Percent: | 0.000 | | AZ Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | | AZ Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,660.12 | 1,387.34 | 117.76 | 306.84 | 1,235.52 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REG PAY | 72.00 | 18.740000 | 1,349.28 |
| HOLIDAY | 8.00 | 18.740000 | 149.92 |
| REG NON OT | 8.00 | 18.740000 | 149.92 |
| SDIF6 $ 25 | 44.00 | 0.250000 | 11.00 |
| **Total:** | **132.00** | | **1,660.12** |

### Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 22.32 |
| Fed OASDI/EE | 95.44 |
| **Total:** | **117.76** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| OAP HI OPT | 73.87 |
| DELTA DNTL | 26.31 |
| HRA | 5.00 |
| BMS | 5.00 |
| COINS RX | 10.59 |
| DEF COMP | 25.00 |
| CORP | 127.01 |
| **Total:** | **272.78** |

### After Tax Deductions

| Description | Amount |
|---|---|
| SUP LIFE 5 | 8.97 |
| EMP ADD/D | 1.95 |
| SPOUSELIFE | 1.70 |
| SHRTTRM 70 | 21.44 |
| **Total:** | **34.06** |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| OAP HI OPT | 401.33 |
| DELTA DNTL | 21.14 |
| VIS W/MED | 4.93 |
| EAP | 0.60 |
| G/A | 7.37 |
| COINS RX | 69.35 |
| BASIC LF | 2.34 |
| CORP | 130.63 |
| * Taxable | |
| **Total:** | **637.69** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1856178 | Checking | 780936407 | 1,235.52 |

### Leave Balances

| Leave Plan | Beginning Balance | Current Earned | Current Taken | Current Adjusted | Ending Balance |
|---|---|---|---|---|---|
| Sick | 101.88 | 1.85 | | | 103.73 |
| Vacation | 30.88 | 5.55 | | | 36.43 |

Go To: Employee Home
Payroll and Compensation Home



# PeopleSoft

Home | Add to Favorites | Sign out

New Window | Help |

## View Paycheck     [Print Pay Stub]

NOTE: A .pdf image of your pay stub will open in a new window after a few moments

NOTE! ONLY YOU CAN VIEW THIS INFORMATION. BE SURE TO KEEP YOUR PASSWORD CONFIDENTIAL.

Luis Garcia

**Company:** Maricopa County
**Address:** 301 W Jefferson St, Phoenix, AZ 85003

**Net Pay:** $1,235.52
**Pay Begin Date:** 11/16/2009
**Pay End Date:** 11/29/2009
**Check Date:** 12/04/2009

View a Different Payment

### General

| | | | |
|---|---|---|---|
| Name: | Luis R Garcia | Business Unit: | MC001 |
| Employee ID: | 811082465 | Pay Group: | MC NON EXEMPT |
| | | Department: | 5131 - Lower Buckeye Jail |
| Address: | 37 S. 167TH LANE | Location: | Sheriff's Office |
| | GOODYEAR, AZ 85338 | Job Title: | Detention Officer |
| | | Pay Rate: | $18.74  Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | AZ Marital Status: | Not applicable |
| Fed Allowances: | 8 | AZ Allowances: | 0 |
| Fed Addl Percent: | 0.000 | AZ Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | AZ Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,660.12 | 1,387.34 | 117.76 | 306.84 | 1,235.52 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REG PAY | 72.00 | 18.740000 | 1,349.28 |
| HOLIDAY | 8.00 | 18.740000 | 149.92 |
| REG NON OT | 8.00 | 18.740000 | 149.92 |
| SDIF6 $.25 | 44.00 | 0.250000 | 11.00 |
| **Total:** | 132.00 | | 1,660.12 |

### Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 22.32 |
| Fed OASDI/EE | 95.44 |
| **Total:** | 117.76 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| OAP HI OPT | 73.87 |
| DELTA DNTL | 26.31 |
| HRA | 5.00 |
| BMS | 5.00 |
| COINS RX | 10.59 |
| DEF COMP | 25.00 |
| CORP | 127.01 |
| **Total:** | 272.78 |

### After Tax Deductions

| Description | Amount |
|---|---|
| SUP LIFE 5 | 8.97 |
| EMP ADD/D | 1.95 |
| SPOUSELIFE | 1.70 |
| SHRTTRM 70 | 21.44 |
| **Total:** | 34.06 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| OAP HI OPT | 401.33 |
| DELTA DNTL | 21.14 |
| VIS W/MED | 4.93 |
| EAP | 0.60 |
| G/A | 7.37 |
| COINS RX | 69.35 |
| BASIC LF | 2.34 |
| CORP | 130.63 |
| * Taxable | |
| **Total:** | 637.69 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1868662 | Checking | 780936407 | 1,235.52 |

### Leave Balances

| Leave Plan | Beginning Balance | Current Earned | Current Taken | Current Adjusted | Ending Balance |
|---|---|---|---|---|---|
| Sick | 103.73 | 1.85 | | | 105.58 |
| Vacation | 36.43 | 5.55 | | | 41.98 |

Go To: Employee Home
       Payroll and Compensation Home

# PeopleSoft

## View Paycheck

[Print Pay Stub]

NOTE: A .pdf image of your pay stub will open in a new window after a few moments

NOTE! ONLY YOU CAN VIEW THIS INFORMATION. BE SURE TO KEEP YOUR PASSWORD CONFIDENTIAL.

Luis Garcia

| | |
|---|---|
| **Company:** | |
| Maricopa County | |
| **Address:** | |
| 301 W Jefferson St | |
| Phoenix, AZ 85003 | |

| | |
|---|---|
| **Net Pay:** | $1,095.92 |
| **Pay Begin Date:** | 11/30/2009 |
| **Pay End Date:** | 12/13/2009 |
| **Check Date:** | 12/18/2009 |

View a Different Payment

### General

| | | | |
|---|---|---|---|
| **Name:** | Luis R Garcia | **Business Unit:** | MC001 |
| **Employee ID:** | 811082465 | **Pay Group:** | MC NON EXEMPT |
| | | **Department:** | 5131 - Lower Buckeye Jail |
| **Address:** | 37 S. 167TH LANE | **Location:** | Sheriff's Office |
| | GOODYEAR, AZ 85338 | **Job Title:** | Detention Officer |
| | | **Pay Rate:** | $18.74 Hourly |

### Tax Data

| | | | | |
|---|---|---|---|---|
| **Fed Marital Status:** | Married | | **AZ Marital Status:** | Not applicable |
| **Fed Allowances:** | 8 | | **AZ Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | | **AZ Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | | **AZ Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,508.83 | 1,236.17 | 106.19 | 306.72 | 1,095.92 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REG PAY | 70.00 | 18.740000 | 1,311.80 |
| FLOAT PERS | 8.00 | 18.740000 | 149.92 |
| VAC | 2.00 | 18.740000 | 37.48 |
| SDIF6 $.25 | 38.50 | 0.250000 | 9.63 |
| **Total:** | 118.50 | | 1,508.83 |

### Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 20.13 |
| Fed OASDI/EE | 86.06 |
| **Total:** | 106.19 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| OAP HI OPT | 73.87 |
| DELTA DNTL | 26.31 |
| HRA | 5.00 |
| BMS | 5.00 |
| COINS RX | 10.59 |
| DEF COMP | 25.00 |
| CORP | 126.89 |
| **Total:** | 272.66 |

### After Tax Deductions

| Description | Amount |
|---|---|
| SUP LIFE 5 | 8.97 |
| EMP ADD/D | 1.95 |
| SPOUSELIFE | 1.70 |
| SHRTTRM 70 | 21.44 |
| **Total:** | 34.06 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| OAP HI OPT | 401.33 |
| DELTA DNTL | 21.14 |
| VIS W/MED | 4.93 |
| EAP | 0.60 |
| G/A | 7.37 |
| COINS RX | 69.35 |
| BASIC LF | 2.34 |
| CORP | 130.51 |
| * Taxable | |
| **Total:** | 637.57 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1881158 | Checking | 780936407 | 1,095.92 |

### Leave Balances

| Leave Plan | Beginning Balance | Current Earned | Current Taken | Current Adjusted | Ending Balance |
|---|---|---|---|---|---|
| Sick | 105.58 | 1.85 | | | 107.43 |
| Vacation | 41.98 | 5.55 | 2.00 | | 45.53 |

Go To: Employee Home
Payroll and Compensation Home

**PeopleSoft.**

**View Paycheck**   Print Pay Stub

NOTE: A .pdf image of your pay stub will open in a new window after a few moments

NOTE! ONLY YOU CAN VIEW THIS INFORMATION. BE SURE TO KEEP YOUR PASSWORD CONFIDENTIAL.

Luis Garcia

| | |
|---|---|
| **Company:** | **Net Pay:** $1,378.80 |
| Maricopa County | **Pay Begin Date:** 12/14/2009 |
| **Address:** | **Pay End Date:** 12/27/2009 |
| 301 W Jefferson St | **Check Date:** 12/31/2009 |
| Phoenix, AZ 85003 | View a Different Payment |

### General

| | | | |
|---|---|---|---|
| **Name:** | Luis R Garcia | **Business Unit:** | MC001 |
| **Employee ID:** | 811082465 | **Pay Group:** | MC NON EXEMPT |
| | | **Department:** | 5131 - Lower Buckeye Jail |
| **Address:** | 37 S. 167TH LANE | **Location:** | Sheriff's Office |
| | GOODYEAR, AZ 85338 | **Job Title:** | Detention Officer |
| | | **Pay Rate:** | $18.74   Hourly |

### Tax Data

| | | | | |
|---|---|---|---|---|
| **Fed Marital Status:** | Married | | **AZ Marital Status:** | Not applicable |
| **Fed Allowances:** | 8 | | **AZ Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | | **AZ Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | | **AZ Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,657.37 | 1,505.59 | 126.79 | 151.78 | 1,378.80 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REG PAY | 72.00 | 18.740000 | 1,349.28 |
| HOLIDAY | 8.00 | 18.740000 | 149.92 |
| REG NON OT | 8.00 | 18.740000 | 149.92 |
| SDIF6 $.25 | 33.00 | 0.250000 | 8.25 |
| **Total:** | 121.00 | | 1,657.37 |

### Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 24.03 |
| Fed OASDI/EE | 102.76 |
| **Total:** | 126.79 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| DEF COMP | 25.00 |
| CORP | 126.78 |
| **Total:** | 151.78 |

### After Tax Deductions

| Description | Amount |
|---|---|
| | |
| **Total:** | |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| CORP | 130.39 |
| * Taxable | |
| **Total:** | 130.39 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1893630 | Checking | 780936407 | 1,378.80 |

### Leave Balances

| Leave Plan | Beginning Balance | Current Earned | Current Taken | Current Adjusted | Ending Balance |
|---|---|---|---|---|---|
| Sick | 107.43 | 1.85 | | | 109.28 |
| Vacation | 45.53 | 5.55 | | | 51.08 |

Go To:  Employee Home
        Payroll and Compensation Home

**PeopleSoft.**   Home | Add to Favorites | Sign out

New Window | Help |

## View Paycheck  [Print Pay Stub]

NOTE: A .pdf image of your pay stub will open in a new window after a few moments

NOTE! ONLY YOU CAN VIEW THIS INFORMATION. BE SURE TO KEEP YOUR PASSWORD CONFIDENTIAL.

Luis Garcia

| | |
|---|---|
| **Company:** Maricopa County | **Net Pay:** $1,228.82 |
| **Address:** 301 W Jefferson St Phoenix, AZ 85003 | **Pay Begin Date:** 12/28/2009<br>**Pay End Date:** 01/10/2010<br>**Check Date:** 01/15/2010 |

View a Different Payment

### General

| | | | |
|---|---|---|---|
| **Name:** | Luis R Garcia | **Business Unit:** | MC001 |
| **Employee ID:** | 811082465 | **Pay Group:** | MC NON EXEMPT |
| | | **Department:** | 5131 - Lower Buckeye Jail |
| **Address:** | 37 S. 167TH LANE<br>GOODYEAR, AZ 85338 | **Location:** | Sheriff's Office |
| | | **Job Title:** | Detention Officer |
| | | **Pay Rate:** | $18.74    Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **AZ Marital Status:** | Not applicable |
| **Fed Allowances:** | 8 | **AZ Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **AZ Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **AZ Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,658.87 | 1,386.20 | 117.66 | 312.39 | 1,228.82 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REG PAY | 67.00 | 18.740000 | 1,255.58 |
| HOLIDAY | 8.00 | 18.740000 | 149.92 |
| REG NON OT | 8.00 | 18.740000 | 149.92 |
| SICK | 5.00 | 18.740000 | 93.70 |
| SDIF6 $.25 | 39.00 | 0.250000 | 9.75 |
| **Total:** | 127.00 | | **1,658.87** |

### Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 22.30 |
| Fed OASDI/EE | 95.36 |
| **Total:** | **117.66** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| OAP HI OPT | 73.87 |
| DELTA DNTL | 26.31 |
| HRA | 5.00 |
| BMS | 5.00 |
| COINS RX | 10.59 |
| DEF COMP | 25.00 |
| CORP | 126.90 |
| **Total:** | **272.67** |

### After Tax Deductions

| Description | Amount |
|---|---|
| SUP LIFE 5 | 14.63 |
| EMP ADD/D | 1.95 |
| SPOUSELIFE | 1.70 |
| SHRTTRM 70 | 21.44 |
| **Total:** | **39.72** |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| OAP HI OPT | 401.33 |
| DELTA DNTL | 21.14 |
| VIS W/MED | 4.93 |
| EAP | 0.60 |
| G/A | 7.37 |
| COINS RX | 69.35 |
| BASIC LF | 2.34 |
| CORP | 130.52 |
| * Taxable | |
| **Total:** | **637.58** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1906102 | Checking | 780936407 | 1,228.82 |

### Leave Balances

| Leave Plan | Beginning Balance | Current Earned | Current Taken | Current Adjusted | Ending Balance |
|---|---|---|---|---|---|
| Sick | 104.28 | 1.85 | | | 106.13 |
| Vacation | 51.08 | 5.55 | | | 56.63 |

Go To:  Employee Home
        Payroll and Compensation Home





**PeopleSoft**

Home | Add to Favorites | Sign out

New Window | Help

## View Paycheck

Print Pay Stub

NOTE: A .pdf image of your pay stub will open in a new window after a few moments

**NOTE! ONLY YOU CAN VIEW THIS INFORMATION. BE SURE TO KEEP YOUR PASSWORD CONFIDENTIAL.**

Luis Garcia

| | |
|---|---|
| **Net Pay:** | $713.71 |

Company: Maricopa County
Address: 301 W Jefferson St, Phoenix, AZ 85003

Pay Begin Date: 02/08/2010
Pay End Date: 02/21/2010
Check Date: 02/26/2010

View a Different Payment

### General

| | | | |
|---|---|---|---|
| Name: | Luis R Garcia | Business Unit: | MC001 |
| Employee ID: | 811082465 | Pay Group: | MC NON EXEMPT |
| | | Department: | 5131 - Lower Buckeye Jail |
| Address: | 37 S. 167TH LANE | Location: | Sheriff's Office |
| | GOODYEAR, AZ 85338 | Job Title: | Detention Officer |
| | | Pay Rate: | $18.74 Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | AZ Marital Status: | Not applicable |
| Fed Allowances: | 8 | AZ Allowances: | 0 |
| Fed Addl Percent: | 0.000 | AZ Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | AZ Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,504.70 | 1,232.38 | 105.68 | 685.11 | 713.71 |
| YTD | 6,332.52 | 5,242.09 | 447.49 | 1,622.38 | 4,262.65 |

### Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| REG PAY | 40.00 | 18.740000 | 749.60 | 4,666.26 |
| SICK | 32.00 | 18.740000 | 599.68 | 693.38 |
| HOLIDAY | 8.00 | 18.740000 | 149.92 | 449.76 |
| SDIF6 $.25 | 22.00 | 0.250000 | 5.50 | 35.88 |
| VAC | | | | 187.40 |
| REG NON OT | | | | 299.84 |
| **Total:** | 102.00 | | 1,504.70 | 6,332.52 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed MED/EE | 20.07 | 84.82 |
| Fed OASDI/EE | 85.61 | 362.67 |
| **Total:** | 105.68 | 447.49 |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| OAP HI OPT | 73.87 | 295.48 |
| DELTA DNTL | 26.31 | 105.24 |
| HRA | 5.00 | 20.00 |
| BMS | 5.00 | 20.00 |
| COINS RX | 10.59 | 42.36 |
| DEF COMP | 25.00 | 100.00 |
| CORP | 126.55 | 507.35 |
| **Total:** | 272.32 | 1,090.43 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| WAGE ATT-Writ | 373.07 | 373.07 |
| SUP LIFE 5 | 14.63 | 58.52 |
| EMP ADD/D | 1.95 | 7.80 |
| SPOUSELIFE | 1.70 | 6.80 |
| SHRTTRM 70 | 21.44 | 85.76 |
| **Total:** | 412.79 | 531.95 |

### Employer Paid Benefits

| Description | Amount | YTD Amount |
|---|---|---|
| OAP HI OPT | 401.33 | 1,605.32 |
| DELTA DNTL | 21.14 | 84.56 |
| VIS W/MED | 4.93 | 19.72 |
| EAP | 0.60 | 2.40 |
| G/A | 7.37 | 29.48 |
| COINS RX | 69.35 | 277.40 |
| BASIC LF | 2.34 | 9.36 |
| CORP | 130.16 | 521.82 |
| * Taxable | | |
| **Total:** | 637.22 | 2,550.06 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1943547 | Checking | 780936407 | 713.71 |

### Leave Balances

| Leave Plan | Beginning Balance | Current Earned | Current Taken | Current Adjusted | Ending Balance |
|---|---|---|---|---|---|
| Sick | 109.83 | 1.85 | 32.00 | | 79.68 |
| Vacation | 57.73 | 5.55 | | | 63.28 |

Go To: Employee Home



Case 2:10-bk-10828-CGC    Doc 16    Filed 05/18/10    Entered 05/18/10 15:19:16    Desc
Main Document    Page 15 of 17



PeopleSoft.

Home | Add to Favorites | Sign out
New Window | Help

**View Paycheck**    Print Pay Stub

NOTE: A .pdf image of your pay stub will open in a new window after a few moments.

NOTE! ONLY YOU CAN VIEW THIS INFORMATION. BE SURE TO KEEP YOUR PASSWORD CONFIDENTIAL.

**Luis Garcia**

Company: Maricopa County
Address: 301 W Jefferson St, Phoenix, AZ 85003

Net Pay: $753.48
Pay Begin Date: 03/08/2010
Pay End Date: 03/21/2010
Check Date: 03/26/2010

View a Different Paycheck

**General**

| | | | |
|---|---|---|---|
| Name: | Luis R Garcia | Business Unit: | MC001 |
| Employee ID: | 811082466 | Pay Group: | MC NON EXEMPT |
| | | Department: | 6131 - Lower Buckeye Jail |
| Address: | 37 S. 167TH LANE, GOODYEAR, AZ 85338 | Location: | Sheriff's Office |
| | | Job Title: | Detention Officer |
| | | Pay Rate: | $18.74 Hourly |

**Tax Data**

| | | |
|---|---|---|
| Fed Marital Status: Married | AZ Marital Status: | Not applicable |
| Fed Allowances: 4 | AZ Allowances: | 0 |
| Fed Addl Percent: 0.000 | AZ Addl Percent: | 0.000 |
| Fed Addl Amount: $0.00 | AZ Addl Amount: | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,510.20 | 1,237.42 | 124.59 | 632.18 | 753.48 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REG PAY | 80.00 | 18.740000 | 1,499.20 |
| SDIF$ $.25 | 44.00 | 0.250000 | 11.00 |
| Total: | 124.00 | | 1,510.20 |

**Taxes**

| Description | Amount |
|---|---|
| Fed Withholding | 14.70 |
| Fed MED/EE | 20.15 |
| Fed OASDI/EE | 86.14 |
| AZ Withholding | 3.60 |
| Total: | 124.59 |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| CAP HI OPT | 75.87 |
| DELTA DNTL | 26.31 |
| HRA | 8.00 |
| SMS | 5.00 |
| COINS RX | 10.58 |
| DEF COMP | 26.00 |
| CORP | 127.01 |
| Total: | 272.76 |

**After Tax Deductions**

| Description | Amount |
|---|---|
| WAGE ATTWH | 319.85 |
| SUP LIFE S | 14.53 |
| EMP ADD/D | 1.95 |
| SPOUSELIFE | 1.70 |
| SHRTTRM 7D | 21.44 |
| Total: | 359.37 |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| CAP HI OPT | 401.38 |
| DELTA DNTL | 21.14 |
| VIS W/MED | 4.93 |
| EAP | 0.60 |
| G/A | 7.37 |
| COINS RX | 69.28 |
| BASIC LF | 2.34 |
| CORP | 130.83 |
| * Taxable | |
| Total: | 637.89 |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1950456 | Checking | 760936497 | 753.48 |

**Leave Balances**

| Leave Plan | Beginning Balance | Current Earned | Current Taken | Current Adjusted | Ending Balance |
|---|---|---|---|---|---|
| Sick | 61.53 | 1.85 | | | 63.38 |
| Vacation | 86.83 | 5.65 | | | 94.98 |

Go To: Employee Home
Payroll and Compensation Home

https://my.hr.maricopa.gov/psp/HC88OPRD/EMPLOYEE/HRMS/c/ROLE_EMPLOYEE....    4/13/2010

